# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**JOSHUA ROBERTS**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:18-mj-00479

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about, May 2, 2018, in Marion County, in the Southern District of Indiana, and elsewhere Joshua Roberts committed the following criminal offense:

**Count 1:** Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

Andrew Willmann, Special Agent, FBI

**Sworn to before me, and subscribed in my presence**

May 9, 2018
**Date**

at Indianapolis, Indiana

Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

# AFFIDAVIT

I, Andrew Willmann, a Special Agent with the FBI hereby depose and state as follows:

1. **Affiant**: I am a Special Agent with the Federal Bureau of Investigation, and have been since June 2014. I have taken classes related to cyber-criminal activity as well as classes related to the exploitation of children. I have also investigated numerous crimes against children since being assigned to the Indianapolis Field Office. I am currently assigned to the Indianapolis Violent Crimes Against Children Task Force.

2. **Training**: I have completed five months of training at the FBI Academy in Quantico, Virginia, and attended the Dallas Crimes Against Children Conference.

3. **Information provided**: The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe necessary to establish probable cause to arrest Joshua Roberts (ROBERTS).

4. The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the listed offenses.

5. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Joshua Roberts (ROBERTS)**, DOB xx-xx-1983 (known to affiant, but redacted) has

committed the following offense in the Southern District of Indiana and elsewhere: **Count 1: Sexual Exploitation of a Child**: On or about May 2, 2018, Joshua ROBERTS did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 1, a child less than 12 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, where such depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

6. **Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child (18 U.S.C. § 2251(a))**: This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." It is also a crime to attempt to sexually exploit a child. 18 U.S.C. § 2251(e).

7. **Definitions**: The following definitions apply to this Affidavit:

    a.    "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

    b.    "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

    c.    "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

8. The following individuals are named in this Affidavit:

    a.    <u>Minor Victim 1</u>: Minor Victim 1, at the time of the conduct in question, was 6 years old. The father of Minor Victim 1 is a male relative of Joshua ROBERTS who lives in Indianapolis, Indiana.[1] ROBERTS was living in the house with Minor Victim 1 and her parents. ROBERTS slept on the couch in the residence.

    b.    <u>Joshua ROBERTS:</u> ROBERTS lived with Minor Victim 1 and her family.

## Case Specific Probable Cause

9. <u>Initial Investigation</u>: On or about May 2, 2018, the Indianapolis Metropolitan Police Department (IMPD) contacted this writer to report an investigation involving an adult male, Joshua ROBERTS, who was accused of using his cellular telephone to take sexually explicit images of a six-year-old female (Minor Victim 1).

10. On May 2, 2018, IMPD uniformed officers responded to a 911 call from Minor

---

[1] The relationship between Joshua Roberts and the father of Minor Victim 1 is known to law enforcement; however to protect the identity of Minor Victim 1, their relationship shall be characterized as "male relative."

Victim 1's mother. She told the dispatchers that her daughter reported that ROBERTS had done "creepy things" to her. Minor Victim 1 told her father that ROBERTS came into her room and woke her up in the middle of the night. Minor Victim 1 said that ROBERTS had told her to pull down her pants so he could take pictures of her. The uniformed officers were dispatched to Minor Victim 1's residence, and ROBERTS was still at the residence at the time.

11. Officers located Joshua ROBERTS, white male, date of birth **-**-1983, behind Minor Victim 1's residence. Officers told ROBERTS that they wanted to talk to him about some accusations which were made about the girl and some pictures. Officers asked ROBERTS where his phone was. ROBERTS told the officers that it was in the dark green truck in the backyard. Officers saw the vehicle and described it as a dark green 2003 Ford F150 truck with Indiana license plate TK766NHQ. Officers saw a cellular telephone inside the truck attached to a charging cable in plain view. The cellular telephone was black and rectangular. IMPD officers then detained ROBERTS and transported him to the IMPD Sex Crimes Unit office.

12. Minor Victim 1 was forensically interviewed at the Marion County Child Advocacy in Indianapolis. Minor Victim 1 told the interviewer she lived with her parents and her "{Male Relative} Josh." She told the interviewer the ROBERTS had been sleeping on the couch inside the house. Minor Victim 1 said that during the previous night, while Minor Victim 1 was asleep in her bed, ROBERTS carried her outside and put her in the green truck parked behind the house. She said it was dark outside. Minor Victim 1 said she was asleep in the front passenger seat and middle section of the truck. Minor Victim 1 told the interviewer that she heard two clicks of ROBERTS taking pictures of Minor Victim 1 with her pants down. Minor Victim 1 demonstrated that her legs and knees were apart when ROBETS took the pictures. Minor Victim 1 said that ROBERTS used a cellular telephone to take the pictures. She described the telephone by using her hands to make

a rectangle. Minor Victim 1 said she was wearing pink sweatpants, underwear, and tank top with Elsa and Anna on it with the word "Sisters."

13. Minor Victim 1 said ROBERTS told her that he was going to play some virtual reality games on a Virtual Reality headset but told her that she would have to let him touch her first. ROBERTS also told her that he wanted to play with her behind. Minor Victim 1 said she told him no, but ROBERTS did it anyway. She told the interviewer that ROBERTS used both hands to touch her all over her body. She used a body diagram to show that ROBERTS touched Minor Victim 1 specifically on her lower stomach, above her vagina, on her behind, underneath her butt cheeks, the backs of her legs and thighs, and rubbed his hands through her hair.

14. On or about May 2, 2018, IMPD obtained a search warrant for the Green Ford F150 with Indiana license plate TK766NHQ and Minor Victim 1's residence. Multiple items were seized including the pajamas described as being worn by Minor Victim 1 during the assault and ROBERTS' Samsung Galaxy S9 cellular telephone. The Samsung cellular telephone was located in the green truck, parked behind the residence.

15. <u>Custodial Interview</u>: On or about May 2, 2018, this writer interviewed ROBERTS at the IMPD Sex Crimes Unit office. After being read and signing a waiver of Miranda rights, consented to a recorded interview. ROBERTS told this writer the Samsung Galaxy S9 cellular telephone in the green truck behind the house belonged to him. ROBERTS also confirmed that he lived at the house with Minor Victim 1. ROBERTS told this writer that he had a virtual reality headset that worked with his Samsung Galaxy S9 and would allow Minor Victim 1 to use it from time to time. ROBERTS denied having done anything inappropriate with Minor Victim 1 and denied having taken any inappropriate pictures of Minor Victim 1. ROBERTS refused to provide the passcode to unlock his cellular telephone, because he did not want any unrelated crimes to

come to light through a forensic review. During the interview ROBERTS' hands were noticeably soiled and covered in dark colored dirt and grime.

16. On or about May 4, 2018, the IMPD Digital Forensics unit completed a forensic review of ROBERTS' Samsung Galaxy S9 cellular telephone. Examiners located four images of Minor Victim 1 in the cached space of the Samsung Galaxy S9. The four images contained a visual depiction of Minor Victim 1's vagina. The images were last modified on or about the early morning of May 2, 2018. The images were located in the cached space of the cellular telephone only, which likely indicates that the images had previously been deleted by the user of the cellular telephone.

17. One of these four images depicted Minor Victim 1 appearing to be groggy and disoriented. The image showed a noticeably soiled adult hand covered in dark colored dirt and grime lifting Minor Victim 1's shirt to expose her breast. Minor Victim 1's pants were also pulled down in the image, exposing her vagina.

18. <u>Victim Identification</u>: Investigators were able to identify the victim, Minor Victim 1 as the child in the four images found on ROBERTS' cell phone by interviewing MINOR VICTIM 1 and comparing the images described above to the person of Minor Victim 1. Minor Victim 1 is 6 years old. ROBERTS had the opportunity to use Minor Victim 1 to create a visual depiction of her, consisting of the lascivious exhibition of Minor Victim 1's genitals or pubic area while living at the residence of Minor Victim 1's family, located in the Southern District of Indiana.

19. The Samsung Galaxy S9 also contained images, created with an app called "Sketchbook," that were altered photographs in such a way as to make the image appear to be child pornography.

      a.      Two of the images were originally fully clothed pictures of Minor Victim 1. The user of the phone used an application of the Samsung Galaxy S9 to color over Minor Victim 1's clothes with a flesh toned color to make her appear to be naked. The user of the phone then drew in nipples and a vagina on one image and buttocks on the other.

      b.      A third image contained a nude image of an unknown minor female. The image was altered by the user by placing a cropped photograph of Minor Victim 1's face onto the unknown minor female's nude body.

20.      The Samsung Galaxy S9 also contained numerous images of child erotica and other child pornography depicting other unknown minor victims. These images depict the lascivious display of the genitals or pubic area of minor female children. These images were downloaded from the Internet.

21.      **Interstate or foreign commerce**: This affiant knows that the Internet is a means or facility of interstate and foreign commerce. The cell phone used to create the images of Minor Victim 1 was manufactured outside of the State of Indiana or contain parts that were manufactured outside of the State of Indiana, and therefore, travelled in interstate or foreign commerce.

## CONCLUSION

22.      Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **JOSHUA ROBERTS** has committed the above listed

offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **JOSHUA ROBERTS** charging him with the offenses listed above.

_____
Andrew Willmann
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 9th day of May, 2018.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana